Eugene Licker (EL 0334)
KIRKPATRICK & LOCKHART LLP
599 Lexington Avenue
New York, New York 10022-6030
Phone: (212) 536-3900
Fax: (212) 536-3901

Jerry S. McDevitt
Curtis B. Krasik
Sabrina J. Hudson
KIRKPATRICK & LOCKHART LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, Pennsylvania 15222
Phone: (412) 355-6500
Fax: (412) 355-6501

Attorneys for Plaintiffs World Wrestling Entertainment, Inc.,
WCW, Inc. and WWE Libraries, Inc.





UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
WORLD WRESTLING
ENTERTAINMENT, INC., a Delaware
corporation, WCW, INC., a Delaware
corporation, WWE LIBRARIES, INC., a
Delaware corporation,

        Plaintiffs,

        -against-

MARVEL CHARACTERS,
INC., a Delaware corporation,

        Defendant.
---------------------------------------------------------------X

Case No.: _____

**PLAINTIFFS' CORPORATE
DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs certifies as follows:

1. Plaintiff World Wrestling Entertainment, Inc. ("WWE") does not have a parent corporation or any other publicly held company that owns 10% or more of its stock.

2. Plaintiff WCW, Inc. is wholly owned by WWE, which has securities that are publicly held.

3. Plaintiff WWE Libraries, Inc. is wholly owned by WWE, which has securities that are publicly held.

Respectfully submitted,

*[signature]*

Eugene Licker (EL 0334)
KIRKPATRICK & LOCKHART LLP
599 Lexington Avenue
New York, New York 10022-6030
(212) 536-3900 (phone)
(212) 536-3901 (facsimile)

and

Jerry S. McDevitt
Curtis B. Krasik
Sabrina J. Hudson
KIRKPATRICK & LOCKHART LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222
(412) 355-6500 (phone)
(412) 355-6501 (facsimile)

Dated: July 14, 2004

Attorneys for Plaintiffs, World Wrestling Entertainment, Inc., WCW, Inc., and WWE Libraries, Inc.