Eugene Licker (EL 0334)
KIRKPATRICK & LOCKHART LLP
599 Lexington Avenue
New York, New York 10022-6030
Phone: (212) 536-3900
Fax: (212) 536-3901

Jerry S. McDevitt
Curtis B. Krasik
Sabrina J. Hudson
KIRKPATRICK & LOCKHART LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, Pennsylvania 15222
Phone: (412) 355-6500
Fax: (412) 355-6501

Attorneys for Plaintiffs World Wrestling Entertainment, Inc.,
WCW, Inc. and WWE Libraries, Inc.

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
WORLD WRESTLING                                             :
ENTERTAINMENT, INC., a Delaware                             :   Case No.: 04-CV-05510
corporation, WCW, INC., a Delaware                          :
corporation, WWE LIBRARIES, INC., a                         :   Judge Marrero
Delaware corporation,                                       :
                                                            :
             Plaintiffs,                                    :   **PLAINTIFF WORLD**
                                                            :   **WRESTLING**
     -against-                                              :   **ENTERTAINMENT INC.'S**
                                                            :   **REPLY TO DEFENDANT'S**
MARVEL CHARACTERS,                                          :   **COUNTERCLAIM**
INC., a Delaware corporation,                               :
                                                            :
             Defendant.                                     :
-----------------------------------------------------------X

       Plaintiff World Wrestling Entertainment Inc. ("WWE"), by and through its undersigned counsel, replies to Defendant Marvel Characters, Inc.'s ("Defendant") Counterclaim as follows:

       81.    WWE is without knowledge or information sufficient to form a belief as to the truth of the allegations.

PI-1241128 v1

82. The allegations concern a document that speaks for itself and, therefore, no further response is required. To the extent a response is deemed necessary, the allegations are denied, except WWE admits that in or around March 1985, it entered into a contract with Marvel Comics Group, a division of Cadence Industries Corp.

83. WWE is without knowledge or information sufficient to form a belief as to the truth of the allegations.

84. WWE is without knowledge or information sufficient to form a belief as to the truth of the allegations.

85. The allegations concern a document that speaks for itself and, therefore, no further response is required. To the extent a response is deemed necessary, the allegations are denied.

86. Denied.

87. Denied.

86. Denied.

WHEREFORE, WWE respectfully requests that Defendant's Counterclaim be denied.

**FIRST AFFIRMATIVE DEFENSE**

The Counterclaim is barred in whole or in part because it fails to state a claim upon which relief can be granted.

**SECOND AFFIRMATIVE DEFENSE**

The Counterclaim is barred in whole or in part by payment.

### THIRD AFFIRMATIVE DEFENSE

The Counterclaim is barred in whole or in part by estoppel.

### FOURTH AFFIRMATIVE DEFENSE

The Counterclaim is barred in whole or in part by waiver.

### FIFTH AFFIRMATIVE DEFENSE

The Counterclaim is barred in whole or in part by laches.

### SIXTH AFFIRMATIVE DEFENSE

The Counterclaim is barred in whole or in part by acquiescence.

### SEVENTH AFFIRMATIVE DEFENSE

The Counterclaim is barred in whole or in part by accord and satisfaction.

### EIGHTH AFFIRMATIVE DEFENSE

The Counterclaim is barred in whole or in part by Defendant's unclean hands.

### NINTH AFFIRMATIVE DEFENSE

The Counterclaim is barred in whole or in part by release.

### TENTH AFFIRMATIVE DEFENSE

The Counterclaim is barred in whole or in part because Defendant is not a successor-in-interest to the contract between WWE and Marvel Comics Group, a division of Cadence Industries Corp.

## ELEVENTH AFFIRMATIVE DEFENSE

The Counterclaim is barred in whole or in part because the claim was discharged in bankruptcy.

**JURY TRIAL DEMANDED.**

Dated:  September 29, 2004                    Respectfully submitted,

_____
Eugene Licker (EL 0334)
KIRKPATRICK & LOCKHART LLP
599 Lexington Avenue
New York, New York 10022-6030
(212) 536-3900 (phone)
(212) 536-3901 (fax)

Jerry S. McDevitt
Curtis B. Krasik
Sabrina J. Hudson
KIRKPATRICK & LOCKHART LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222
(412) 355-6500 (phone)
(412) 355-6501 (fax)

Attorneys for Plaintiffs, World Wrestling Entertainment, Inc., WCW, Inc. and WWE Libraries, Inc.

5

## CERTIFICATE OF SERVICE

I certify that the foregoing Plaintiff World Wrestling Entertainment Inc.'s Reply To Defendant's Counterclaim was served this _____ day of September 2004, by U.S. first class mail, postage prepaid, upon the following counsel of record for Defendant Marvel Characters, Inc.:

>David Fleischer, Esquire
>PAUL, HASTINGS, JANOFSKY & WALKER LLP
>75 East 55th Street
>New York, NY 10022

_____